538 A.2d 872

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Charles E. LUTZ, Appellee.**

Supreme Court of Pennsylvania.

Reargued March 8, 1988.

Decided March 21, 1988.

LeRoy S. Zimmerman, Atty. Gen., Charles P. Mackin, Jr., Deputy Atty. Gen., Patti J. Saunders, Asst. Counsel, Harrisburg, Michael E. Arch, Asst. Counsel, Pittsburgh, for appellant.

482

James E. DePasquale, Samuel M. Pontier, Miller & DePasquale, Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:.

AND NOW, this 21st day of March, 1988, in view of the remand from the United States Supreme Court, the Order entered by this Court on October 17, 1986, in the above-captioned matter is vacated, as is the Order entered by the Court of Common Pleas of Westmoreland County on April 29, 1983. The matter is hereby remanded to the trial court for further proceedings in light of *United States v. Dunn*, 480 U.S. ——, 107 S.Ct. 1134, 94 L.Ed.2d 326 (1987).